**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT (SBN 321222)
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

**Counsel for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE THOMAS, on behalf of herself, all others similarly situated, and the general public,<br><br>  Plaintiff,<br><br>  v.<br><br>NURTURE, INC.,<br><br>  Defendant. | Case No: 3:22-cv-02501-JSW<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michelle Thomas voluntarily dismisses this action with prejudice as to Plaintiff Michelle Thomas and without prejudice as to the claims of absent putative class members. The parties shall bear their own costs and fees.

Dated: November 22, 2022

/s/ Paul Joseph
**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
CAROLINE S. EMHARDT
*caroline@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
**Counsel for Plaintiff**